REVISED DATE: 09/2001

# FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5·04-CT-176·FL
(leave this space blank)

**FILED**
MAR 15 2004
U.S. DISTRICT
E. DIST. NO. CAR.

Lloyd R. Winburn

Micheal A Wall

(enter full names of each plaintiff(s))

Inmate Number 20872-112

v.

Gary L. Winkler

Douglas E. Willis

Dr. Marcos Ramirez

Inmate Number 16656-058

(enter full names of each defendant(s))

*********************************************************************

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( )   NO (✓)

If your answer is YES, describe the former lawsuit in the space provided below:

_____

_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE?   YES (✓)   NO ( )

If your answer is YES:

1. What steps did you take?

2. What was the result? (Attach copies of grievances or other supporting documentation.)

See Attached Copy #1

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

\_\_\_\_\_ There are no grievance procedures at the correctional facility at which I am being confined.

\_\_\_\_\_ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

✓ I have exhausted by administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: **Lloyd R. Winburn and Micheal A. Wall**
Name of Present Confinement: **Seymour Johnson AFB 53 FPC**
Address of Present Confinement: **Goldsboro N.C. 27533-8004**

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant **Gary L. Winkler**
Position **Warden**
Employed at **Seymour Johnson Federal Prison Camp**
Address **Goldsboro, N.C. 27533-8000**
Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

C. Defendant **Douglas E. Willis**
Position **Unit Manager**
Employed at **Seymour Johnson Federal Prison Camp**
Address **Goldsboro, N.C. 27533-8004**
Capacity in which being sued: Individual ( ) Official (✓) Both ( )

D. Defendant **Dr. Marcos Ramirez**
Position **Clinical Medical Director**
Employed at **Seymour Johnson Federal Prison Camp**
Address **Goldsboro N.C. 27533-8000**
Capacity in which being sued: Individual ( ) Official (✓) Both ( )

E. Defendant _____
Position _____
Employed at _____
Address _____
Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant _____
Position _____
Employed at _____
Address _____
Capacity in which being sued: Individual ( ) Official ( ) Both ( )

IV. **STATEMENT OF CLAIM**

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

1. Unit manager Willis retracted with wardens Winker's knowledge a 13 year dormitory regulation that allowed inmates who when needed and did not interfere with work to lie down and rest during the hours of 8:00am to 3:00pm.

2. The defendants Willis and Winker conspired with medical director Ramirez to deny plaintiffs and other like inmates medical and humane passes needed to avoid irreparable injury and gratuitous pain and suffering.

3. Defendant Ramirez acted with deliberate indifference in denying plaintiffs' serious medical needs.

4. Defendants Willis and Winker deprived plaintiffs rights under the Due Process Clause of the 14th Amendment to the United States Constitution

by thwarting administrative remedies and blocking of typical prison procedures.

V. **RELIEF SOUGHT BY PRISONER**

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

(1) Enter preliminary and permanent injunctions ordering defendants, Winkler Willis, Ramirez, their successors, agent, employees and all persons acting in concert with them to protect plaintiffs from deprivation of basic human needs and threats of irreparable pain and suffering.

(2) Compell defendants to perform their duties under Federal Bureau of Prisons rules

REVISED DATE: 09/2001

and the United States Constitution.

(3) Move defendants to make available legitimate administrative remedies.

(4) Order defendant Ramirez to respond resonably without deliberate indifference to plaintiffs medical treatment and needs and make medicial decisions based on inmate needs not administion unprofessional interference of medicial treatment

(5) Order such additional relief as this Court may deem just and proper

Signed this 11th day of Feb. , 2004.

_____
Signature of Plaintiff

Mul C Wall    Mill G. Wall 3/10/04
_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

2/11/04
_____
Date

_____    Mill G Wall 3/10/04
Signature of Plaintiff

_____    _____ 3-10-04
Signature of other Plaintiffs
(if necessary)