FILED
AUG 24 ****
U.S. DISTRICT COURT.
E. DIST. NO. CAR

# United States District Court
## Eastern District of North Carolina

LLOYD R. WINBURN; MICHAEL A. WALL
        Plaintiff(s)
    v.
GARY L. WINKLER; DOUGLAS E. WILLIS; DR. MARCOS RAMIREZ
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:04-CT-176-FL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is hereby dismissed as frivolous.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, AUGUST 24, 2004 AND A COPY MAILED TO:

Lloyd R. Winburn 20872-112
Federal Prison Camp
Seymour Johnson AFB
Caller Box 8004
Goldsboro, NC 27533-8004

Michael A. Wall
1420 Sherwood Road
Clover, SC 29710

| August 24, 2004 | Michael D. Brooks |
|---|---|
| Date | Acting Clerk |

| Raleigh, North Carolina | _(signature)_ |
|---|---|
| | (by) Deputy Clerk |